# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LAVOR WHITE**                                                                               **PLAINTIFF**
**#178114**

**V.**                               **NO. 4:22-cv-001195-JM**

**HIGGINS,** *et al.*                                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.


                                                                                                                          
UNITED STATES DISTRICT JUDGE