IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVOR WHITE** **PLAINTIFF**
**#178114**

**V.** **NO. 4:22-cv-01195-JM**

**HIGGINS,** *et al*. **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE